Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN M. NEWCOMB,<br>　　　　　　Defendant. | Docket 6:13-MJ-0041-MJS<br><br>STIPULATION TO CONTINUE<br>INITIAL APPEARANCE AND;<br>ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Stanley A. Boone |

　　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant, JOHN M. NEWCOMB, by and through his attorney of record, Lee J. Danforth, that the Initial Appearance in the above-captioned matter currently scheduled for August 21, 201, be continued.  The parties anticipate entering into an agreement for a deferred prosecution.  As part of that agreement, upon successful completion of the terms of deferral, the government intends to file a Motion to Dismiss for all charges.  If a Deferred Prosecution Agreement is not reach, or if the defendant fails to comply with any terms of the agreement, the Government will request the matter be placed back on calendar for an initial appearance.

　　　　Dated: August 19, 2013　　　　　　　　　　　　/S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park


　　　　Dated: August 19, 2013　　　　　　　　　　　　/S/ Lee J. Danforth
　　　　　　　　　　　　　　　　　　　　　　　　　　　Lee J. Danforth
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN M. NEWCOMB

* * * ORDER * * *

The Court, having reviewed the above request to continue the initial appearance in for John M. Newcomb, now set for August 21, 2013, HEREBY ORDERS AS FOLLOWS:

1. The Initial Appearance now set for August 21, 2013, is continued.
2. If a Deferred Prosecution Agreement is reached and the conditions are satisfactorily met, the Government will file a Motion to Dismiss with this Court at the conclusion of the deferral period.
2. If a Deferred Prosecution Agreement if not reached or if the terms of the deferral are not met, he Government will notify the Court that the matter should be set back on calendar for an initial appearance.

IT IS SO ORDERED.

Dated:   **August 19, 2013**

UNITED STATES MAGISTRATE JUDGE