1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Legal Office
3  P.O. Box 517
   Yosemite, California  95389
4  Telephone:  (209) 372-0241
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | No. 6:13-MJ-0041-MJS |
|----|---|---|
| 12 | Plaintiff, | |
| 13 | v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| 14 | JOHN MALCOM NEWCOMB, | |
| 15 | Defendant. | |

16

17     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

18  Court endorsed hereon, the United States hereby moves the Court for an order of

19  dismissal without prejudice and in the interest of justice

20     .

21

22     Dated:  August 10, 2014          NATIONAL PARK SERVICE

23
                                        /S/ Matthew McNease_____
24                                      Matthew McNease
                                        Acting Legal Officer
25                                      Yosemite National Park

26
27
28
                                        1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. John Malcom Newcom,* 6:13-mj-0041-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 11, 2014        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE